tiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Victor C. Swearingen* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, A. F. Prescott, S. Dee Hanson,* and *Robert L. Stern* for respondent.

No. 285. PERRY *v.* BAUMANN ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Reuben G. Hunt* for petitioner.

No. 287. HIGGINS *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Lawrence E. Green* and *George E. Ray* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Morton K. Rothschild* for respondent.

No. 290. BUCKLEY *v.* DISTRICT OF COLUMBIA. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *M. Edward Buckley, Jr., pro se. Messrs. Richmond B. Keech* and *Vernon E. West* for respondent.

No. 291. McSWEENEY, ADMINISTRATRIX, *v.* PRUDENTIAL INSURANCE Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Douglas McKay* for petitioner. *Mr. Robert McC. Figg, Jr.* for respondent.